IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELVA BERNARD, | : | |
|     Plaintiff, | : | Case No. 19-cv-5184-JMY |
| | : | |
| v. | : | |
| | : | |
| JOHNSON & JOHNSON, | : | |
|     Defendant. | : | |

**ORDER**

AND NOW, this 8th day of September, 2020, upon consideration of the Motion for Summary Judgment of Defendant, Johnson & Johnson,[1] (ECF No. 50), Plaintiff's Response in Opposition thereto, the Reply in Support thereof, and Sur-Reply in Opposition thereto, it is hereby **ORDERED** and **DECREED** that said Motion for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART** as follows:

    1.    The Motion for Summary Judgment is **GRANTED BY AGREEMENT** in favor of Defendant, and against Plaintiff, on the following claims:

        a.    Count II (Strict Liability - Manufacturing Defect);

        b.    Count IV (Strict Liability - Defective Product);

        c.    Count VI (Common Law Fraud);

        d.    Count VII (Fraudulent Concealment);

        e.    Count VIII (Constructive Fraud);

        f.    Count IX (Negligent Misrepresentation);

        g.    Count X (Negligent Infliction of Emotional Distress);

        h.    Count XI (Breach of Express Warranty);

        i.    Count XII (Breach of Implied Warranty);

      j.      Count XIII (Violation of Consumer Protection Laws); and

      k.      Count XV (Unjust Enrichment).

2.      The Motion for Summary Judgment is **DENIED** in all other regards.

By the Court:

/s/ John Milton Younge
Judge John Milton Younge

---

[1] The motion for summary judgment was originally filed by Defendants, Ethicon, Inc. and Johnson & Johnson. Ethicon, Inc. was later dismissed from this action by joint stipulation. (ECF No. 65.) Therefore, to the extent that this motion relates to the liability of Ethicon, Inc., it is now a moot point.